# United States District Court

──────────── DISTRICT OF ARIZONA ────────────

UNITED STATES OF AMERICA       CRIMINAL COMPLAINT
                           Redacted

V.

Jackie Tsosie                          CASE NUMBER: 15-04185MJPCT-DMF

I, Marshall C. Anderson, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about July 1, 2015, in the Glen Canyon National Recreation Area, within the District of Arizona, the defendant, JACKIE TSOSIE forcibly assaulted, resisted, opposed, impeded, or interfered, with physical contact, with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties, to wit: kicking Ranger MK, in violation of Title 18, United States Code, Section 111(a)(1).

### Count 2

On or about July 1, 2015, in the Grand Canyon National Park, an area of special maritime or territorial jurisdiction, within the District of Arizona, the defendant, JACKIE TSOSIE, violated the lawful order of a government employee or agent authorized to maintain order and control public access and movement during law enforcement actions, and emergency operations that involve a threat to public safety, or other activities, to wit: not following the directives and orders by Rangers MK and Jonathon Jackson, in violation of Title 36, Code of Federal Regulation, Section 2.32(a)(2).

### Count 3

On or about July 1, 2015, in the Grand Canyon National Park, an area of special maritime or territorial jurisdiction, within the District of Arizona, the defendant, JACKIE TSOSIE, was under the influence of alcohol or a controlled substance to a degree that she was a danger to herself or another person, in violation of Title 36, Code of Federal Regulation, Section 2.35(c).

I further state that I am a U.S. National Park Service Special Agent and that this complaint is based on the following facts:

See attached AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (Statement of Probable Cause).

**Continued on the attached sheet and made a part hereof:**  X Yes ___ No

Marshall C. Anderson, Special Agent  /s/ M.C. Anderson #SA25
Name & Title of Complainant  Signature of Complainant

Sworn to before me and subscribed in my presence,

7/17/15 at 3:07 p.m. at    Flagstaff, Arizona
Date  City and State

Honorable Deborah M. Fine,  /s/ Deborah M. Fine
United States Magistrate Judge  Signature of Judicial Official

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## AFFIDAVIT
Redacted

I, Marshall C. Anderson, your affiant, being duly sworn, deposes and states as follows:

Your affiant is a federally commissioned Special Agent employed by the United States Department of the Interior (DOI), National Park Service (NPS), and has been employed as a federal agent since 2014. Your affiant is a graduate of the Basic Law Enforcement Academy at the Federal Law Enforcement Training Center in Glynco, GA. Your affiant is a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA, and has attended advanced investigative training throughout their law enforcement career. Your affiant has a Bachelor's Degree in Emergency Management. Your affiant has had training and experience in criminal investigations and the enforcement of federal and state laws relating to cases which involve Felony Assault, Interfering with Agency Functions, Disorderly Conduct, and Alcoholic Beverages. Your affiant is vested with the authority to investigate criminal violations under Title 18, United States Code.

**RELEVANT STATUTES:**

The statutes violated in this incident are:

-18 U.S.C. § 111 (a) (1), Assaulting, resisting, or impeding certain officers or employees:

> Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties;

-36 CFR 2.32 (a) (2), Interfering with Agency Functions; Lawful Order:

> Violating the lawful order of a government employee or agent authorized to maintain order and control public access and movement during…law enforcement actions, and emergency operations that involve a threat to public safety, or other activities

-36 CFR 2.35 (c), Alcoholic Beverages and Controlled Substances:

> Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources is prohibited.

2) The facts and information contained in this affidavit were obtained by your affiant, who investigated the facts of this case, or were provided to your affiant by U.S. Park Rangers who were present during the incident referred to herein. All observations referenced below that were not personally made by your affiant were relayed to your affiant by the Rangers who were present at the scene of the incident. This affidavit contains information necessary to support probable cause and it is not intended to include each and every fact or occurrence in the matter observed by your affiant or known to the Government.

3) On July 01, 2015, at approximately 3:08 p.m., within Glen Canyon National Recreation Area within the District of Arizona, Park Ranger Jonathan Jackson was

2

patrolling the Paria Beach area along the Colorado River at Lee's Ferry, when he was flagged down by a visitor who told him of two intoxicated people on the beach. The visitor described the male as shirtless and sitting in a blue chair and the female was wearing a shirt and bikini bottoms. The visitor expressed concern for their safety due to the perceived level of their intoxication and close proximity to the Colorado River.

4) A few minutes later, Ranger "redacted" (hereinafter "MK") responded to the area and joined Ranger Jackson. As the Rangers left the Paria Beach parking lot looking for the described couple they crossed from Glen Canyon National Recreation Area into Grand Canyon National Park. They saw a couple that matched the description and approached, noticing numerous empty beer cans lying near where they were sitting.

5) MK noticed the female was sitting and swaying on the sand. When Ranger Jackson asked for identification from both individuals, the man immediately provided his driver's license (identified as Nicholas Fowler) and spoke in a clear voice. The female leaned back to retrieve her identification and fell over a tackle box in the process. She stood up and had difficulty maintaining her balance. She was only able to provide a fishing license and told the Rangers she was Jackie Tsosie. Tsosie's speech was slurred and her head wobbled when she talked. MK noticed she was wearing a pair of panties and noticed a pair of cut-off shorts lying next to the water. MK asked Tsosie to sit down but was ignored and watched as Tsosie staggered to a nearby group of people to talk to them. MK asked Tsosie to return and was ignored.

(6) Ranger Jackson asked Fowler how much he had to drink and Fowler stated he drank four beers. Meanwhile, Tsosie stumbled back toward them and sat in a chair. Ranger

Jackson stated to Fowler he was concerned for their safety based upon Tsosie's probable impairment and Fowler's admission of alcohol consumption. He asked if they had someone to come and pick them up. Fowler claimed his Aunt or Mom would come for them in a few hours and he had no plans to drive after drinking alcohol. Fowler stated he would look after Tsosie.

7) MK and Fowler walked up to the patrol vehicle in the parking lot to retrieve some bottled water and Gatorade for Fowler and Tsosie. Ranger Jackson stayed with Tsosie, on the beach, who appeared to become increasingly agitated asking why the Rangers were still there and asking where Fowler went. MK and Fowler returned to the beach. Tsosie stood up and Jackson asked her to sit back down several times. She ignored him and walked toward the group she approached earlier. Upon returning, Tsosie told MK she did not like the Ranger. MK asked her to sit down. Tsosie suddenly stepped toward Ranger Jackson. Fowler intervened and asked her to cooperate and she sat down. Ranger Jackson asked Fowler if they had any more alcohol. Fowler pointed to a beer. Ranger Jackson asked Fowler to dump it out and Fowler complied. Tsosie yelled at Fowler, telling him he did not have to do it.

8) Ranger Jackson and MK completed their contact and walked to the parking lot. While they were talking to each other they saw Tsosie attempting to walk toward the parking lot. She was carrying several of the water bottles the Rangers provided along with a large stick (approximately 3 ft. long, 3-4 inches thick, 10-15 lbs.). She was stumbling and staggering, and repeatedly had to stop and pick up after dropping either the stick or the bottles. After dropping the stick one more time she reached down to pick it up. At that

4

moment, Ranger Jackson told her to leave it where it was. Tsosie became enraged, looked at the Rangers and yelled "Fuck You!" Tsosie was about fifteen feet away when she picked up the stick and threw it toward the Rangers. The stick landed 4-6 feet in front of them.

9) Both Rangers approached Tsosie and MK told her they are placing her under arrest. MK ordered her to place her hands behind her back and she refused. Ranger Jackson ordered her to do the same and she refused. MK and Ranger Jackson both approached Tsosie and each grabbed one of her hands. Tsosie began to struggle by tightening her arm muscles and wiggling her body. Both Rangers again ordered her to place her arms behind her back. Tsosie would not comply so both Rangers slowly lowered her onto the sand in a prone position. Tsosie continue to struggle and yelled "Fuck You Bitch!" Tsosie stated the sand was hot and MK responded the sooner she complied the sooner they could get her off the sand. Tsosie stopped struggling and they helped her stand. Ranger Jackson placed handcuffs on her and she began struggling again. She also shouted "Bitches!" and "I don't like you!" several times.

10) MK and Ranger Jackson walked Tsosie over to a patrol vehicle to prepare her for transport. While doing so, they exited the boundary of Grand Canyon National Park and entered Glen Canyon National Recreation Area. Tsosie refused to step into the rear passenger compartment of the patrol vehicle. Ranger Jackson attempted to lift her into the compartment but she straightened herself and tensed up which prevented his attempt.

11) MK stepped closer to attempt to assist Ranger Jackson. Tsosie's back was pressed against a portion of the rear seat which enabled her to have enough balance and leverage

5

to kick out violently with her left foot and strike MK (who was wearing uniform shorts) on the right knee while yelling "Get away from me, bitch!" The impact of Tsosie's strike to MK left a ¼ inch laceration and an associated black scuff mark on her skin. After kicking MK, Ranger Jackson was able to get Tsosie to sit properly within the vehicle.

12) Tsosie provided Ranger Jackson with a breath sample into a portable breathalyzer which registered .307 BrAC (breath alcohol content). After providing the sample, Tsosie attempted to exit the patrol vehicle but was unable to due to a fastened seat belt. Tsosie began to bob her head as if she were nodding off to sleep and began to drool.

13) MK and Ranger Jackson transported Tsosie to nearby Page Hospital due to her high blood alcohol content indicated with the use of the portable breathalyzer. At Page Hospital Tsosie allowed the nurses to provide her care related to her impairment.

14) After Tsosie received a medical clearance from the medical practitioners, MK and Ranger Jackson transported Tsosie to the Coconino County Detention Facility. During the booking process Tsosie provided another breath sample which measured 0.219 BrAC.

15) Based upon the foregoing information, your affiant believes there is probable cause to support the violations of:

    A) On or about July 1, 2015, in Glen Canyon National Recreation Area, an area of special maritime or territorial jurisdiction, within the District of Arizona, the defendant, Jackie Tsosie, forcibly assaulted, resisted, opposed, impeded, or interfered, with physical contact and caused bodily injury, with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties, to wit: kicked Park Ranger MK's right knee with her left foot while refusing to enter the

rear passenger compartment of a patrol vehicle while in custody in preparation for transport, in violation of Title 18, United States Code, Sections 7 and 111(a)(1) and 111(b).

B) On or about July 01, 2015, in Grand Canyon National Park, an area of special maritime or territorial jurisdiction, within the District of Arizona, the defendant, Jackie Tsosie, violated the lawful order of a government employee or agent authorized to maintain order and control public access and movement during…law enforcement actions, and emergency operations that involve a threat to public safety, or other activities, to wit: refused the repeated orders from Rangers Jackson and MK to place her hands behind her back while they were placing her in custody, in violation of Title 36, Code of Federal Regulation, Section 2.32(a)(2).

C) On or about July 01, 2015, in the Grand Canyon National Park, an area of special maritime or territorial jurisdiction, within the District of Arizona, the defendant, Jackie Tsosie, in the presence of a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources is prohibited, to wit: impaired to the extent of stumbling or staggering while walking while adjacent to the fast flowing and cold Colorado River. Impaired to the extent an order from a Park Ranger to leave a piece of driftwood results in enragement and the throwing of that driftwood toward Park Rangers, in violation of Title 36, Code of Federal Regulations, Section 2.35(c).

**I declare under the penalty of perjury that the information set forth above is true and correct to the best of my knowledge and belief.**

7

_signature_

Marshall C. Anderson
Special Agent
Grand Canyon National Park

Sworn before me this 17 day of July, 2015

_signature_

Honorable Deborah M. Fine
U.S. Magistrate Judge